

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2016

No. 04-16-00298-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**GRACE RIVER RANCH, L.L.C.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Russel Wilson, Judge Presiding

## O R D E R

The reporter's record in this appeal was originally due July 5, 2016 but was not filed. Shortly thereafter, we notified the court reporter that the reporter's record was past due; however, we did not receive a response. On August 26, 2016, we then ordered the court reporter to file the reporter's record in this court on or before September 26, 2016. On September 28, 2016, the court reporter filed a notification of late record, requesting an extension of time of thirty days. We granted the request for an extension and ordered the court reporter to file the record by October 26, 2016. On October 26, 2016, the court reporter requested an additional extension of time of thirty days to file the record.

After consideration, we **GRANT** the requested extension and **ORDER** the reporter to file the reporter's record on or before **November 28, 2016**. **The reporter is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.** Appellant's brief will be due thirty days after the complete reporter's record is filed.

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2016.



Keith E. Hottle
Clerk of Court